IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEL DELAFOISSE, | § | |
| | § | |
| *Plaintiff,* | § | SA-23-CV-00462-ESC |
| | § | |
| vs. | § | |
| | § | |
| GENERAL MOTORS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## CASE CLOSING ORDER

Before the Court is the above-styled cause of action, which was transferred to the undersigned's docket on July 27, 2023 [#10]. On September 29, 2023, the parties filed a Stipulation for Dismissal, stipulating to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 2nd day of October, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE